**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 APR -2  PM 2: 33

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
|  | JUDGE |
| v. |  |
|  | **INDICTMENT** |
| **KADEEM J. SMITH** | 18 U.S.C. § 922(g)(1) |
|  | 18 U.S.C. § 922(g)(9) |
|  | 18 U.S.C. § 924(a)(8) |
|  |  |
|  | **FORFEITURE ALLEGATION** |

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

1.     On or about June 27, 2025, in the Southern District of Ohio, the defendant, **KADEEM J. SMITH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a CZ, Model P-10C, 9mm pistol, bearing serial number C796308, which firearm had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
**(Possession of a Firearm by a Person Convicted of a**
**Misdemeanor Crime of Domestic Violence)**

2.     On or about June 27, 2025, in the Southern District of Ohio, the defendant, **KADEEM J. SMITH**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: a CZ, Model P-10C, 9mm pistol, bearing serial number C796308, said firearm having been shipped and transported in interstate or foreign

1

commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## COUNT THREE
### (Possession of a Firearm by a Convicted Felon)

3.      On or about June 27, 2025,  in the Southern District of Ohio, the defendant, **KADEEM J. SMITH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus, Model G3, 9mm pistol, bearing serial number ABK980220, and a Glock, Model 48, 9mm pistol, bearing serial number BRUE820, which firearm had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FOUR
### (Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence)

4.      On or about June 27, 2025, in the Southern District of Ohio, the defendant, **KADEEM J. SMITH**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: a Taurus, Model G3, 9mm pistol, bearing serial number ABK980220, and a Glock, Model 48, 9mm pistol, bearing serial number BRUE820, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## FORFEITURE ALLEGATION

5.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2

6.      Upon conviction of any of the offenses alleged in this Indictment, the defendant,

**KADEEM J. SMITH**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1)

and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation,

including, but not limited to:

        a.      A CZ, Model P-10C, 9mm pistol, bearing serial number C796308;

        b.      A Taurus, Model G3, 9mm pistol, bearing serial number ABK980220;

        c.      A Glock, Model 48, 9mm pistol, bearing serial number BRUE820; and

        d.      All associated ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/ Foreperson*
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney

3